UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN STANLEY,

    Plaintiff,

CASE NO. 1:23-cv-684

v.

HON. ROBERT J. JONKER

KALAMAZOO, COUNTY OF, et al.,

    Defendant.
_____/

## ORDER

The Court directed Plaintiff to file the appearance of new counsel or a statement of intent to represent himself not later than January 20, 2025. The Court indicated a "no progress" dismissal would follow if he missed the deadline. There is no new counsel and no statement of intent on file. The deadline has passed. The matter is therefore **dismissed without prejudice**.

Dated:  January 23, 2025           /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                UNITED STATES DISTRICT JUDGE